JOHN R. MANNING (SBN 220874)
ATTORNEY AT LAW
4005 Manzanita Ave, Suite 6-8
Carmichael, CA 95608
(916)444-3994
jmanninglaw@yahoo.com

Attorney for Defendant
William D. Owen

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>vs.<br><br>William D. Owen,<br><br>Defendant. | Case No.: 2:22 CR 0147-3-WBS<br><br>STIPULATION AND ORDER CONTINUING MR. OWEN'S SENTENCING DATE AND ACCOMPANYING DISCLOSURE AND OBJECTION SCHEDULE<br><br>Date: November 16, 2026<br>Time: 10:00 a.m.<br>Judge: Honorable William B. Shubb |

On June 29, 2026, Mr. Owen pled guilty to Count 10 (of a 17 count indictment) which charged Conspiracy to Distribute and Possess with Intent to Distribute Methamphetamine and Heroin, in violation of 21 U.S.C. § 846 and 21 U.S.C. § 841(a)(1). Mr. Owen is presently set for judgment and sentencing on October 13, 2026, at 10:00 a.m., before the Honorable William B. Shubb. For reasons more specifically detailed below, the defense is requesting to continue Mr. Owen's judgment and sentencing to **November 16, 2026, at 10:00 a.m.** (and adjust the presentence report objection and disclosure schedule accordingly).

Mr. Owen was interviewed by Probation at the Butte County jail (where Mr. Owen is incarcerated) and the draft Presentence Report (PSR) was published on August 31, 2026. Based

on the presently in place disclosure and objection schedule, the informal objections draft PSR are/were due September 14, 2026. Mr. Owen has a somewhat lengthy and complicated criminal history. Defense counsel needs additional time to respond to offense level and criminal history calculations contained in the draft PSR and to respond to information contained in the PSR not directly related to Mr. Owen's guideline calculations. Additionally, Mr. Owen is scheduled to be interviewed by a defense expert on September 14, 2026. The defense anticipates providing the expert's report to Probation as part of the informal objection process. The requested sentencing date (and the accompanying objection/disclosure schedule) will allow the expert to provide a written report to the defense in anticipation of providing the report to Probation with any informal objections.

Assistant United States Attorney, James Conolly and United States Probation Officer Hayley La Fazia were consulted, prior to the filing of this stipulation, as to the request(s) made herein. Neither the government, nor Probation, have an objection to the requests made herein.

Therefore, the Parties respectfully request the Court adopt the following schedule pertaining to the presentence report:

| | |
|---|---|
| **Judgment and Sentencing date:** | **11/16/26 (@ 10:00 a.m.)** |
| Sentencing Memorandum & Reply or Statement of Non-Opposition: | 11/09/26 |
| Counsel's written formal objections filed with the Court and served on the Probation Officer and opposing counsel no later than: | 11/02/26 |
| The final Presentence Report shall be filed with the Court and disclosed to counsel no later than: | 10/26/26 |
| Counsel's written informal objections to the Presentence Report shall be delivered | |

to the Probation Officer and opposing
Counsel no later than: 10/12/26

///

Dated: September 14, 2026

/S/ John R. Manning
JOHN R. MANNING
Attorney for Defendant
WILLIAM D. OWEN

Dated: September 14, 2026

Eric Grant
United States Attorney

by: /S/ James Conolly
JAMES CONOLLY
Assistant United States Attorney

**ORDER**

IT IS SO FOUND AND ORDERED.

Dated: September 15, 2026

WILLIAM B. SHUBB
UNITED STATES DISTRICT JUDGE