JOHN R. MANNING (SBN 220874)
ATTORNEY AT LAW
4005 Manzanita Ave, Suite 6-8
Carmichael, CA 95608
(916)444-3994
jmanninglaw@yahoo.com

Attorney for Defendant
William D. Owen

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>vs.<br><br>William D. Owen,<br><br>Defendant. | Case No.: 2:22 CR 0147-3-WBS<br><br>STIPULATION AND ORDER CONTINUING MR. OWEN'S SENTENCING DATE AND ACCOMPANYING DISCLOSURE AND OBJECTION SCHEDULE<br><br>Date: December 7, 2026<br>Time: 10:00 a.m.<br>Judge: Honorable William B. Shubb |

On June 29, 2026, Mr. Owen pled guilty to Count 10 (of a 17 count indictment) which charged Conspiracy to Distribute and Possess with Intent to Distribute Methamphetamine and Heroin, in violation of 21 U.S.C. § 846 and 21 U.S.C. § 841(a)(1). Mr. Owen is presently set for judgment and sentencing on November 16, 2026, at 10:00 a.m., before the Honorable William B. Shubb. For reasons more specifically detailed below, the defense is requesting to continue Mr. Owen's judgment and sentencing to **December 7, 2026, at 10:00 a.m.** (and adjust the presentence report objection and disclosure schedule accordingly).

Mr. Owen was interviewed by Probation at the Butte County jail (where Mr. Owen is incarcerated), the draft Presentence Report (PSR) was timely published on August 31, 2026; informal objections were timely filed on October 12, 2026; and, the final PSR was timely published on October 26,

2026. Based on the presently in place disclosure and objection schedule, the formal objections to the final PSR are due November 2, 2026 (sentencing memorandums are due November 9, 2026). The final PSR contains information (allegations)Probation believes to be clarifying, which were not present in the draft PSR. Defense counsel needs additional time to further review the discovery, related case law and confer with Mr. Owen (at the Butte County jail) in order to respond to the information and allegations not in the draft PSR. Undersigned counsel is also requesting additional time to more fully address, factually and legally, the enhancement sought by Probation pursuant to § USSG 2D1.1(b)(1). (To be clear, the noted enhancement was proffered in the draft PSR.)

Assistant United States Attorney, James Conolly, and United States Probation Officer, Hayley La Fazia, were consulted, prior to the filing of this stipulation, as to the request(s) made herein. Neither the government, nor Probation, have an objection to the requests made herein.

Therefore, the Parties respectfully request the Court adopt the following schedule pertaining to the presentence report:

| | |
|---|---|
| **Judgment and Sentencing date:** | **12/07/26 (@ 10:00 a.m.)** |
| Sentencing Memorandum & Reply or Statement of Non-Opposition: | 11/30/26 |
| Counsel's written formal objections filed with the Court and served on the Probation Officer and opposing counsel no later than: | 11/23/26 |

Dated: October 27, 2026

/S/ John R. Manning
JOHN R. MANNING
Attorney for Defendant
WILLIAM D. OWEN

///

///

///

Dated: October 27, 2026

Eric Grant
United States Attorney

by: /S/ James Conolly
JAMES CONOLLY
Assistant United States Attorney

**ORDER**

IT IS SO FOUND AND ORDERED.

Dated: October 29, 2026

WILLIAM B. SHUBB
UNITED STATES DISTRICT JUDGE